AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT 1218448

──────────── District of Hawaii ────────────

UNITED STATES OF AMERICA

V.

KOSITATINO PENIATA (01)

**WARRANT FOR ARREST**

Case Number: CR 01-00252DAE(01)

To: The United States Marshal and any Authorized United States Officer

　　　YOU ARE HEREBY COMMANDED TO ARREST KOSITATINO PENIATA (01) and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2007

at 8 o'clock and 50 min. A.M.
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI.

2006 SEP 20 AM 9: 57

RECEIVED

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 09/15/2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL

By: Susan Oki Mollway, For  David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____ . | | |
| Date Received 6/21/07 | NAME AND TITLE OF ARRESTING OFFICER Anthy I. Cal DUSm | SIGNATURE OF ARRESTING OFFICER *(signature)* |
| Date of Arrest 6/21/07 | | |