# MINUTES

CASE NUMBER:        CR NO. 01-00252DAE

CASE NAME:          United States of America Vs. Kositatino Peniata

ATTYS FOR PLA:      Jonathan Loo

ATTYS FOR DEFT:     Donna Gray

INTERPRETER:

---

JUDGE:    David Alan Ezra        REPORTER:    Cynthia Fazio

DATE:     06/27/2007             TIME:        9:47am-l0:00am

---

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant Admits to Alleged Violations of Supervised Release as stated in the Request for Course of Action filed on 9/15/2006.

Violations No. 1, 2, 3, 5, 6, 7, 8 and 9.

Violation No. 4-is hereby withdrawn

Court hereby finds that the Defendant violated Conditions of Supervised Release and hereby Revokes Defendant's Supervised Release.

Sentence-Imprisonment-3 Years.

No Further Supervised Release will be imposed.

Mittimus Forthwith.

Court Recommendation: 1. A Prison Facility that has 500 Hour Comprehensive Drug
                           Treatment Program available.
                        2. Mental Health Treatment
                        3. Educational/Vocational Training

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager