AO 245D  (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 06 2007

at __1__ o'clock and __25__ min __P__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KOSITANO PENIATA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: 1:01CR00252-001<br>USM Number: 88177-022<br>Donna Gray, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)  General Condition, Special Codition No.'s 1, 3, and 4, Standard Condition No.'s 6, 7 and 11  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **9454**

Defendant's Residence Address:
**98-1456 Ho'ohanua St.
Pearl City, Hawaii 96782**

Defendant's Mailing Address:
**98-1456 Ho'ohanua St.
Pearl City, Hawaii 96782**

June 27, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

JUL 06 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:01CR00252-001 | |
| DEFENDANT: | KOSITANO PENIATA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to comply with drug testing imposed as a part of supervision | 5/4/2004, 9/20/2004, 3/26/2005, 4/2/2005, 12/29/2005, 7/5/2006 and 9/12/2006 |
| 2 | Subject provided a urine specimen that tested positive for methamphetamine | 9/11/2005 |
| 3 | Subject admitted using methamphetamine | 1/23/2006 |
| 5 | Subject failed to notify the Probation Officer within 72 hours of being arrested by a law enforcement officer | 9/2005 |
| 6 | Subject failed to notify the Probation Officer 10 days prior to any change in employment | 8/2006 |
| 7 | Subject failed to nofity the Probation Officer 10 days prior to any change in residence | 9/2006 |
| 8 | Subject failed to maintain gainful employment | 8/2006 |
| 9 | Subject failed to obtain his General Educational Development certificate during the term of his supervision | |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:   1:01CR00252-001 | Judgment - Page 3 of 3 |
| DEFENDANT:     KOSITANO PENIATA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 3 YEARS

[✔]   The court makes the following recommendations to the Bureau of Prisons:
   1. A Prison Facility that offers the 500 Hour Comprehensive Drug Treatment Program.
   2. Mental Health Treatment
   3. Educational/Vocational Training

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                           By       _____
                                                    Deputy U.S. Marshal